IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRISTIN DISLER, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:04-cv-191 |
| TARGET CORPORATION, *et al.*, | ) | |
| Defendants | ) | |
| | ) | |

**O R D E R**

In view of this court's memorandum opinion [Doc. 94] and order [Doc. 95] filed on August 31, 2005, it is hereby ORDERED that the following motions be, and the same hereby are, DENIED AS MOOT:

    (1)    Defendants' motion *in limine* to exclude evidence re: pay [Doc. 45];

    (2)    Defendants' motion *in limine* to exclude evidence regarding production of videotapes [Doc. 71];

    (3)    Defendants' motion *in limine* to exclude evidence regarding raises of individuals not similarly situated to plaintiff [Doc. 73]; and

(4) Defendants' motion *in limine* to exclude evidence regarding a bonus awarded Mitch Garland after plaintiff resigned [Doc. 78].

**E N T E R :**

<u>*s/ James H. Jarvis*</u>
UNITED STATES DISTRICT JUDGE